as administrator, etc., against the New York Central & Hudson River Railroad Company.

PER CURIAM. This court is of opinion that the proofs of the plaintiff did not establish a cause of actionable negligence against the defendant. The order appealed from is therefore reversed, with costs, and the judgment unanimously reinstated.

In re FRANCIS. (Supreme Court, Appellate Division, First Department. June 26, 1914.) In the matter of Harry M. Francis, deceased. No opinion. Order affirmed, with costs. Order filed.

In re FRANCKS. (Supreme Court, Appellate Division, Second Department. June 26, 1914.) In the matter of the application of Emil L. Francks for admission to the bar. No opinion. Application granted.

FRANK v. BELNORD REALTY CO. (No. 5974.) (Supreme Court, Appellate Division, First Department. June 19, 1914.) Appeal from Trial Term, New York County. Action by Jennie Frank against the Belnord Realty Company. From a judgment for plaintiff, and an order denying a new trial, defendant appeals. Judgment and order reversed, and complaint dismissed. E. Clyde Sherwood, of New York City, for appellant. Levin L. Brown, of New York City, for respondent.

PER CURIAM. We think there was no evidence to justify the submission of the question of the defendant's negligence to the jury. The judgment and order appealed from are therefore reversed, with costs, and the complaint dismissed, with costs.

In re FRASER et al. (Supreme Court, Appellate Division, First Department. June 26, 1914.) In the matter of Charles Fraser and others, as executors, etc., of John C. Latham, deceased. No opinion. Decree affirmed, with costs. Order filed.

FREID v. DOYLE. (Supreme Court, Appellate Division, First Department. July 10, 1914.) Action by Harry Freid against David A. Doyle. No opinion. Application denied, with $10 costs. Order signed.

FRESUSK, Respondent, v. PITTSBURGH CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 26, 1914.) Action by Charles Fresusk against the Pittsburgh Contracting Company. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 159 App. Div. 356, 144 N. Y. Supp. 212.

FRIEDMAN v. FRANKLIN FIRE INS. CO. (Supreme Court, Appellate Division, First Department. July 10, 1914.) Action by Sol Friedman against the Franklin Fire Insurance Company. No opinion. Application denied, with $10 costs. Order signed.

FUHRMANN, Respondent, v. NIAGARA GYPSUM CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1914.) Action by Jacob Fuhrmann against the Niagara Gypsum Company. No opinion. Judgment and order affirmed, with costs.

FULTON v. BUNT et al. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by Anna J. Fulton against Permilla A. Bunt, impleaded with others. No opinion. Motion granted, with $10 costs. Order filed.

GABIE, Appellant, v. NEWTON, Respondent. (Supreme Court, Appellate Division, Second Department. June 5, 1914.) Action by Arthur Gabie against Homer C. Newton.

PER CURIAM. The appellant has failed to show any merits, as required by the special rule of this court adopted January, 1910. See, also, Schorr v. Weisfeld, 147 N. Y. Supp. 477, decided May 8, 1914. Decision of the motion held for one week for the presentation of proper papers. See, also, 147 N. Y. Supp. 1113; 148 N. Y. Supp. 1116.

GABIE, Appellant, v. NEWTON, Respondent. (Supreme Court, Appellate Division, Second Department. June 19, 1914.) Action by Arthur Gabie against Homer C. Newton. No opinion. Appeal withdrawn on consent. See, also, 148 N. Y. Supp. 1116.

GARIBALDI REALTY & CONSTRUCTION CO. v. SANTANGELO et al. (Supreme Court, Appellate Division, First Department. June 5, 1914.) Action by the Garibaldi Realty & Construction Company against Guisepina Santangelo and others. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

GARIEPY, Appellant, v. CONEY ISLAND & B. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 12, 1914.) Action by Alphonse Gariepy against the Coney Island & Brooklyn Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

GARIEPY, Appellant, v. CONEY ISLAND & B. R. CO., respondent. (Supreme Court, Appellate Division, Second Department. June 12, 1914.) Action by Leonidas Gariepy against the Coney Island & Brooklyn Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

In re GARTNER. (Supreme Court, Appellate Division, Second Department. May 29, 1914.) In the matter of the application of Julius Gartner for a peremptory writ of mandamus, etc. No opinion. Order affirmed, with $10 costs and disbursements.